COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Burnell Breaux v. Houston Housing Authority

Appellate case number:    01-16-00665-CV

Trial court case number:  1079935

Trial court:                County Civil Court at Law No. 4 of Harris County

       This court has determined that appellant, Burnell Breaux, filed an affidavit of indigence in the trial court on July 8, 2016. The court is unable to determine whether a contest was filed or if the trial court overruled this affidavit of indigence. *See* TEX. R. APP. P. 20.1(b).

       Accordingly, we order the trial court clerk to file a supplemental clerk's record containing appellant's affidavit of indigence, any contests filed, and any orders granting or overruling appellant's request to proceed in the trial court without costs. The supplemental clerk's record shall be filed in this court **within 20 days of the date of this order.**

       It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                ☒ Acting individually

Date: January 19, 2017